## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THOMAS A. SEIPLE**<br>*Plaintiff*<br><br>      **v.**<br><br>**WINNEBAGO INDUSTRIES, INC. and GENERAL RV CENTER (WEST CHESTER),**<br>*Defendants*. | **CIVIL ACTION**<br><br>**NO. 26-2142** |

## ORDER RE: MOTION TO REMAND AND MOTION TO TRANSFER

**AND NOW** on this 20th day of July 2026, upon consideration of Defendant General RV Center, Inc.'s Motion to Transfer (ECF 8) and Plaintiff's Motion to Remand (ECF 10), and for the reasons stated in the foregoing Memorandum, it is hereby **ORDERED** that the Motion to Remand is **DENIED** and the Motion to Transfer is **GRANTED**.  The above captioned action shall be transferred to the Eastern District of Michigan (Southern Division).

BY THE COURT:

/s/ Michael M. Baylson

_____

**MICHAEL M. BAYLSON, U.S.D.J.**

\\adu.dcn\paed\phl-data\judge_baylson\civil 26\26-2142 seiple v. winnebago\26-2142 order re mot. to remand and mot. to transfer.docx